

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2025

No. 04-24-00181-CV

**IN THE INTEREST OF C.R.M. AND E.C.M.**, Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI18559
Honorable Laura Salinas, Judge Presiding

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT. All other relief is DENIED. We order that costs be assessed against Appellant.

It is so **ORDERED** on August 27, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2025.

_____
Caitlin A. McCamish, Clerk of Court